AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED
FEB 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jeffry R. Martin

                           **SUMMONS IN A CIVIL CASE**

V.

UNITED STATES, a Federal Corporation aka UNITED STATES OF AMERICA, the INTERNAL REVENUE SERVICE and the DEPARTMENT OF THE TREASURY

CASE NUMBER: 07-1539 (JDB)

TO: (Name and address of Defendant)

United States of America
c/o U.S. Attorney's Office
Attn: Civil Process Clerk
501 Third Street, NW
Washington D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffry R. Martin, in pro se
c/o P.O. Box 2571
Corvallis, Oregon [97339]

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            DEC 17 2007

CLERK                                                                 DATE

*(signature)*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>December 26, 2007 |
| NAME OF SERVER (PRINT)<br>**Lynne Martin** | TITLE<br>N/A |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

    Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): <u>I am over the age of 18 years and not a party to this suit. On December 26, 2007, I mailed true and correct copies of the Summons (with attachments) and the Complaint by Certified Mail to the United Stated of America addressed as follows:</u>

United States of America
c/o U.S. Attorney's Office
Attn: Civil Process Clerk
501 Third Street, NW
Washington D.C. 20001
Certified Mail No. 7006 0810 0002 4506 4272

United States of America
c/o United States Attorney General
Attn: Civil Process
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. 7006 0810 0002 4506 4289

<u>The Summons and Complaint were delivered to both the U.S. Attorney and to the U.S. Attorney General on December 31, 2007 (see U.S.P.S. Track and Confirm printouts attached as Exhibit A and Exhibit B).</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $6.28 for each mailing | TOTAL<br>$12.56 |

**DECLARATION OF SERVER**

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on <u>December 26, 2007</u>      *[signature: Lynne E Martin]*
              Date      Signature of Server

Lynne Martin
P.O. Box 2571
<u>Corvallis, Oregon 97339</u>
Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0002 4506 4272**
Detailed Results:
- **Delivered, December 31, 2007, 11:12 am, WASHINGTON, DC 20530**
- **Notice Left, December 31, 2007, 10:53 am, WASHINGTON, DC 20530**
- **Forwarded, December 28, 2007, 11:26 am, WASHINGTON, DC**
- **Arrival at Unit, December 28, 2007, 11:23 am, WASHINGTON, DC 20001**

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 1 |


UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0002 4506 4289**
Detailed Results:
- **Delivered, December 31, 2007, 5:07 am, WASHINGTON, DC 20530**
- **Arrival at Unit, December 30, 2007, 3:15 am, WASHINGTON, DC 20022**

< Back    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B | 1 | 1 |