AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jeffry R. Martin

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES, a Federal Corporation aka UNITED STATES OF AMERICA, the INTERNAL REVENUE SERVICE and the DEPARTMENT OF THE TREASURY

CASE NUMBER: 07-1539 (JDB)

TO: (Name and address of Defendant)

Internal Revenue Service
Attn: Civil Process
111 Constitution Ave., N.W.
Washington, DC 20224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffry R. Martin, in pro se
c/o P.O. Box 2571
Corvallis, Oregon [97339]

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    DEC 17 2007

CLERK                                       DATE

_Jackie Frances_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE December 26, 2007 |
| NAME OF SERVER (PRINT) **Lynne Martin** | TITLE N/A |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): I am over the age of 18 years and not a party to this suit. On December 19, 2007, I mailed true and correct copies of the Summons (with attachments) and the Complaint by Certified Mail on the Internal Revenue Service addressed as follows:

Internal Revenue Service
c/o U.S. Attorney's Office
Attn: Civil Process Clerk
501 Third Street, NW
Washington D.C. 20001
Certified Mail No. 7006 0810 0002 4506 4296

Internal Revenue Service
Attn: Civil Process
111 Constitution Ave., N.W.
Washington, DC 20224
Certified Mail No. 7006 0810 0002 4506 4319

Internal Revenue Service
c/o United States Attorney General
Attn: Civil Process
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. 7006 0810 0002 4506 4302

The Summons and Complaint were delivered to the U.S. Attorney on January 7, 2008, and to both the U.S. Attorney General and the Internal Revenue Service on December 31, 2007(see U.S.P.S. Track and Confirm printouts attached as Exhibit A, Exhibit B and Exhibit C).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL N/A | SERVICES Certified Mail Postage $6.28 for each mailing | TOTAL $18.84 |

**DECLARATION OF SERVER**

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on December 26, 2007          *Lynne E Martin*
           Date                         Signature of Server

Lynne Martin
P.O. Box 2571
Corvallis, Oregon 97339
Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0002 4506 4296**
Detailed Results:

- **Delivered, January 07, 2008, 6:51 am, WASHINGTON, DC 20224**
- **Notice Left, January 07, 2008, 6:01 am, WASHINGTON, DC 20224**
- **Arrival at Unit, January 07, 2008, 3:59 am, WASHINGTON, DC 20022**
- **Forwarded, December 31, 2007, 12:50 pm, WASHINGTON, DC**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 1 |



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0810 0002 4506 4302**
Detailed Results:

- Delivered, December 31, 2007, 5:07 am, WASHINGTON, DC 20530
- Arrival at Unit, December 30, 2007, 3:15 am, WASHINGTON, DC 20022

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---------|------|----|
| B       | 1    | 1  |



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0002 4506 4319**
Detailed Results:

- **Delivered, December 31, 2007, 6:26 am, WASHINGTON, DC 20224**
- **Notice Left, December 31, 2007, 5:50 am, WASHINGTON, DC 20224**
- **Arrival at Unit, December 31, 2007, 5:20 am, WASHINGTON, DC 20022**

( < Back )    ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---------|------|----|
| C | 1 | 1 |

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

RECEIVED
FEB 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## District of Columbia

Jeffry R. Martin

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES, a Federal Corporation aka UNITED STATES OF AMERICA, the INTERNAL REVENUE SERVICE and the DEPARTMENT OF THE TREASURY

CASE NUMBER: 07-1539 (JDB)

TO: (Name and address of Defendant)

Department of the Treasury
Attn: Civil Process
1500 Pennsylvania Avenue NW
Washington, DC 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffry R. Martin, in pro se
c/o P.O. Box 2571
Corvallis, Oregon [97339]

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    DEC 17 2007

CLERK                                       DATE

_Jackie Frank_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>December 26, 2007 |
| NAME OF SERVER (PRINT)<br>**Lynne Martin** | TITLE<br>N/A |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): <u>I am over the age of 18 years and not a party to this suit. On December 26, 2007, I mailed true and correct copies of the Summons (with attachments) and the Complaint by Certified Mail on the Department of the Treasury addressed as follows:</u>

Department of the Treasury
c/o U.S. Attorney's Office
Attn: Civil Process Clerk
501 Third Street, NW
Washington D.C. 20001
Certified Mail No. 7006 0810 0002 4506 4326

Department of the Treasury
Attn: Civil Process
1500 Pennsylvania Avenue NW
Washington. DC 20225
Certified Mail No. 7006 0810 0002 4506 4340

Dept. of the Treasury
c/o United States Attorney General
Attn: Civil Process
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. 7006 0810 0002 4506 4333

<u>The Summons and Complaint were forwarded to the U.S. Attorney on January 15, 2008 and delivered to both U.S. Attorney General and the Department of the Treasury on December 31, 2007 (see U.S.P.S. Track and Confirm printouts attached as **Exhibit A, Exhibit B and Exhibit C**).</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $6.28 for each mailing | TOTAL<br>$18.84 |

| DECLARATION OF SERVER |
|---|
| *I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.* |

Executed on <u>December 26, 2007</u>            *Lynne E Martin* (signature)
            Date                                      Signature of Server

Lynne Martin
P.O. Box 2571
<u>Corvallis, Oregon 97339</u>
Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0002 4506 4326**
Detailed Results:

- **Forwarded, January 15, 2008, 12:12 pm, WASHINGTON, DC**
- **Notice Left, January 06, 2008, 7:42 am, WASHINGTON, DC 20220**
- **Arrival at Unit, January 06, 2008, 3:27 am, WASHINGTON, DC 20022**
- **Forwarded, December 31, 2007, 12:50 pm, WASHINGTON, DC**

( < Back )            ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---------|------|----|
| A | 1 | 1 |



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0810 0002 4506 4333**
Detailed Results:
- Delivered, December 31, 2007, 5:07 am, WASHINGTON, DC 20530
- Arrival at Unit, December 30, 2007, 3:15 am, WASHINGTON, DC 20022

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA

| EXHIBIT | PAGE | of |
|---------|------|----|
| B | 1 | 1 |



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0810 0002 4506 4340**
Detailed Results:

- **Delivered, December 31, 2007, 8:30 am, WASHINGTON, DC 20220**
- **Notice Left, December 30, 2007, 7:16 am, WASHINGTON, DC 20220**
- **Arrival at Unit, December 30, 2007, 3:28 am, WASHINGTON, DC 20022**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---|---|---|
| C | 1 | 1 |