IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEFFRY R. MARTIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No: 1:07-cv-1539 (JDB) |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF RE-SERVICE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA AT WASHINGTON:

On March 10, 2008, the DEFENDANTS' MOTION TO DISMISS & SUPPORTING

MEMORANDUM and proposed ORDER were caused to be re-served upon plaintiff *pro se* by

deposition copies thereof in the United States mail, postage prepaid, addressed as

indicated on the certificate of service hereto.

DATE: March 10, 2008.

      /s/ Michael J. Salem
      MICHAEL J. SALEM
      Trial Attorney, Tax Division
      U.S. Department of Justice
      Post Office Box 227
      Washington, DC 20044
      Telephone: (202) 307-6438
      Michael.J.Salem@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

3116933.1

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing DEFENDANTS' NOTICE OF RE-SERVICE

was caused to be served upon plaintiff *pro se* on 10th day of March, 2008, by filing and

entering the same upon the electronic court filing website of the United States District

Court for the District of Columbia, and by depositing a copy thereof in the United States

mail, postage prepaid, addressed as follows:

> JEFFRY R. MARTIN
> Plaintiff *pro se*
> Post Office Box 2571
> Corvallis, OR  97339.

> /s/ Michael J. Salem
> MICHAEL J. SALEM