UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFRY R. MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Civil Action No. 07-1539 (JDB) |

## ORDER

Defendants filed a motion to dismiss on March 8, 2008. Plaintiff has filed a motion to transfer venue and indicated his intent to file an opposition to the motion to dismiss by May 5, 2008. He also has asked the Court to rule on his motion to transfer and leave resolution of defendants' motion to dismiss to the transferee court.

Plaintiff is representing himself in this matter. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, the Court wishes to advise plaintiff that he must respond to defendants' motion to dismiss by not later than the deadline currently in place, May 5, 2008, notwithstanding the pendency of his motion to transfer. If plaintiff does not respond, the Court may grant the motion as conceded and dismiss the complaint.

    **SO ORDERED**.

_____/s/_____
JOHN D. BATES
United States District Judge

Dated:   April 18, 2008