IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEFFRY R. MARTIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No: 1:07-cv-1539 (JDB) |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Please enter the appearance of Benjamin J. Weir as lead counsel for the United

States, the Department of Treasury, and the Internal Revenue Service in the above-

captioned proceeding, and withdraw the appearance of Michael Salem as counsel for the

United States, the Department of Treasury, and the Internal Revenue Service.

DATE:  August 18, 2008.

Respectfully submitted,

/s/ Benjamin J. Weir
BENJAMIN J. WEIR (D.C. Bar No. 494045)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Tel:  (202) 307-6438
Fax: (202) 514-6866
Benjamin.j.weir@usdoj.gov
*Counsel for United States, Department of Treasury,*
*and Internal Revenue Service*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

3516691.1

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin J. Weir, certify that on August 18, 2008, I caused a copy of the

foregoing notice of appearance to be served upon the following via postage prepaid U.S.

Mail:

JEFFRY R. MARTIN
Plaintiff *pro se*
Post Office Box 2571
Corvallis, OR  97339.

/s/ Benjamin J. Weir
BENJAMIN J. WEIR

3516691.1