Jeffry R. Martin  
P.O. Box 2571  
Corvallis, Oregon [97339]

**RECEIVED**

**AUG 2 5 2008**

Plaintiff, *pro se*

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeffry R. Martin, A sentient human being, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>UNITED STATES, a Federal corporation, et al., )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No. 1:07-CV-01539-JDB<br><br>**EMERGENCY MOTION TO EXPEDITE RULING DISPOSING OF PLAINTIFF'S MOTION TO TRANSFER VENUE**<br><br>**CLERK'S ACTION REQUIRED** |

COMES NOW Jeffry R. Martin, Plaintiff in the above-referenced matter, within the meaning of Fed.R.Civ.P. 52(a), moving for an emergency motion to expedite a ruling disposing of Plaintiff's Motion to Transfer Venue filed on March 19, 2008, that is pending before the Court.

Pursuant to LCvR 7(m), Plaintiff Jeffry R. Martin conferred with United States Attorney Daniel Healy on the morning of August 14, 2008, via telephone regarding filing of the emergency motion to expedite ruling disposing of Plaintiffs' Motion to Transfer Venue, and Counsel stated he is opposed to the motion.

### I.
### Statement of the Facts and History of the Case

1. On or about August 29, 2007, Plaintiff filed a Complaint against the above named Defendants (see Ct. Doc. #1).

2. On or about March 19, 2008, Plaintiff filed a Motion to Transfer Venue (see Ct. Doc. # 7).

3.  On or about April 7, 2008, Counsel for the Defendants filed a Memorandum in Opposition to Plaintiff's Motion to Transfer Venue completing all briefings on the issues before the Court (see Ct. Doc. # 8).

4.  Plaintiff Jeffry R. Martin is filing this Emergency Motion to Expedite Ruling Disposing of Plaintiffs' Motion to Transfer Venue so that a timely disposal of the Defendants motion to dismiss will come to fruition and allow the proceedings to advance in the proper jurisdiction.

## II.
## It Would Be An Abuse Of Discretion If The Court Does Not Dispose Of The Plaintiff's Motion To Transfer Venue

5.  In *Brainard v. American Skandia Life Assur. Corp.*, 432 F.3d 655, 667 (6th Cir. 2005), the court held that:

> "... *a district court should dispose of motions that affect the record* on summary judgment before ruling on the parties' summary judgment motions. *E.g., Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 250 n. 5, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986). *Indeed, such an approach makes sense given that a court cannot determine the scope of materials properly before it without first ruling on any pending evidentiary or other discovery motions.*"

6.  As the Court records reflect, it has been more then five (5) months since the Plaintiff Jeffry R. Martin filed his Motion as stated supra. The Court held in *Roark & Hardee LP v. City of Austin*, 06-51670 (5th Cir. 3-27-2008), *Id.* at page 23, that an *"... "abuse of discretion" ... occurs if the district court: "(1) relies on clearly erroneous factual findings; (2) relies on erroneous conclusions of law; or (3) misapplies the law to the facts." McClure v. Ashcroft*, 335 F.3d 404, 408 (5th Cir. 2003), giving semblance to what would occur if the Plaintiff Jeffry R. Martin's Motion were not disposed of in a timely fashion.

7. Therefore, Plaintiff is entitled to have this Court dispose of his Motion prior to the Court's ruling on the Defendants' Motion to Dismiss, as it appears the Court lacks jurisdiction to dispose of the matters before it for improper venue.

### III.
### Conclusion and Remedy Sought

8. In the interest of justice, judicial economy and giving the appearance of fairness, the Plaintiff's Motion to Transfer Venue is entitled to be timely disposed of by this Court for reasons stated herein above, as it has been more than five (5) months since all briefing regarding the motion has been complete and is pending the Court's ruling.

**WHEREFORE**, Plaintiff Jeffry R. Martin moves the Court:

i. Grant this Emergency Motion to Expedite Ruling Disposing of Plaintiffs' Motion to Transfer Venue and dispose of the same;

ii. The Court issue a finding of facts and conclusions of law in its disposal of the motion, making it interlocutorily appealable without the necessity for remand;

iii. Any other Orders the Court deems just and proper.

### VERIFICATION

I, Jeffry R. Martin declare under penalty of perjury under the laws of the United States pursuant to 28 U.S.C. § 1746(1), that I believe the above to be true and correct to the best of my knowledge, understanding and belief. All Rights retained without recourse.

On this ___ day __AUGUST__ 2008

*[signature]* Jeffry R. Martin, Plaintiff
P.O. Box 2571
Corvallis, Oregon [97339]

## CERTIFICATE OF SERVICE

I, Jeffry R. Martin, certify that on the ___ day of AUGUST 2008, I mailed a true copy of the above "EMERGENCY MOTION TO EXPEDITE RULING DISPOSING OF PLAINTIFF'S MOTION TO TRANSFER VENUE" by first-class mail addressed as follows:

MICHAEL JOSEPH SALEM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

                                                                                                   Jeffry R. Martin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jeffry R. Martin, A sentient human being,  )
)
Plaintiff,  )   Case No. 1:07-CV-01539-JDB
)
vs.  )
)
)   **ORDER**
UNITED STATES, a Federal corporation; et al.,  )
)
Defendants.  )
)
_____)

**ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION TO
EXPEDITE RULING DISPOSING OF MOTION TO TRANSFER VENUE**

The Court, having considered Plaintiff's emergency motion to expedite ruling disposing of Plaintiff's Motion to Transfer Venue within the meaning of Fed.R.Civ.P. 52(a) and any opposition thereto, the Court concludes that the motion should be granted. Accordingly, this ____ day of _____, 2008, it is

**ORDERED** that the Plaintiff's Emergency Motion to Expedite Ruling Disposing of Plaintiff's Motion to Transfer Venue be and is GRANTED; it is further

**ORDERED** that the Court will not rule on the Defendants Motion to Dismiss until such time the Plaintiff's Motion to Transfer Venue has been disposed of; it is further

**ORDERED** that the Clerk shall distribute conformed copies of this order to the representative of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE