IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFRY R. MARTIN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No: 1:07-cv-1539 (JDB) |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' OPPOSITION TO JEFFRY R. MARTIN'S EMERGENCY MOTION**

This case concerns Jeffry R. Martin's claims for injunctive, declaratory and monetary relief against the United States, the Internal Revenue Service, and the Department of Treasury regarding actions relating to defendants' filing of a notice of federal tax lien against Martin.  Defendants filed a motion to dismiss the complaint on March 8, 2008.  On March 18, 2008, Martin filed a motion to transfer venue, out of the judicial forum that he selected.  Martin has now filed an"emergency" motion to have his motion to transfer venue granted.  Martin's emergency motion has no basis in law1/ and should be disregarded *in toto*.

---

1/Martin's motion states that he conferred with "United States Attorney Daniel Healy on the morning of August 14, 2008" regarding this motion.  This claim is incorrect.  The undersigned spoke to Daniel Healy, who is a Trial Attorney in the Tax Division and is not a United States Attorney, who stated that he has never spoken to Martin.  Indeed, Daniel Healy was out of the office the entire day on August 14, 2008, attending a hearing in another case.  Finally, Mr. Healy has performed no work in this case and has not entered an appearance, so it is unclear why Martin claims to have spoken to him, let alone how he obtained Daniel Healy's name and contact information.

3542256.1

Martin filed his emergency motion "within the meaning of Fed. R. Civ. P. 52(a)." (Pl.'s Mot. 1.) Rule 52(a), however, provides no authority for the filing of Martin's motion. Martin also does not provide any caselaw that supports his emergency motion. Instead, he quixotically quotes two cases regarding summary judgment and the standard for an abuse of discretion. (Pl.'s Mot. ¶¶5-6.)

Martin chose to file suit in this forum. Inexplicably, he now seeks an emergency motion to transfer venue away from his selected venue. This request should be denied and defendants' motion to dismiss should be granted in full.

## Conclusion

Jeffry Martin provides no authority justifying his "emergency" motion. As such, it should be denied.

DATE: August 28, 2008

                        Respectfully submitted,

                         /s/ Benjamin J. Weir
                        BENJAMIN J. WEIR (D.C. Bar No. 494045)
                        Trial Attorney, Tax Division
                        U.S. Department of Justice
                        Post Office Box 227
                        Washington, DC  20044
                        Tel:  (202) 307-6438
                        Fax: (202) 514-6866
                        Benjamin.j.weir@usdoj.gov
                        *Counsel for United States, Department of Treasury, and Internal Revenue Service*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

I, Benjamin J. Weir, certify that on August 28, 2008, I caused a copy of the foregoing opposition to be served upon the following via postage prepaid U.S. Mail:

> JEFFRY R. MARTIN
> Plaintiff *pro se*
> Post Office Box 2571
> Corvallis, OR  97339.

                                              /s/ Benjamin J. Weir
                                              BENJAMIN J. WEIR

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFRY R. MARTIN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No: 1:07-cv-1539 (JDB) |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Having considered plaintiff's emergency motion to expedite ruling disposing of plaintiff's motion to transfer venue, the defendants' memorandum of law in opposition thereto, and for good cause shown, it is:

ORDERED that plaintiff's emergency motion to expedite ruling disposing of plaintiff's motion to transfer venue is DENIED.


Date: September ____, 2008

_____
UNITED STATES DISTRICT JUDGE

3543703.1

CERTIFICATE OF SERVICE

    I, Benjamin J. Weir, certify that on August 28, 2008, I caused a copy of the foregoing proposed order to be served upon the following via postage prepaid U.S. Mail:

JEFFRY R. MARTIN
Plaintiff *pro se*
Post Office Box 2571
Corvallis, OR  97339.

    /s/ Benjamin J. Weir
    BENJAMIN J. WEIR